MARK K. SCHONFELD
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – Room 400
New York, NY  10281-1022
(212) 336-0175 (Szczepanik)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                      :

SECURITIES AND EXCHANGE COMMISSION,    :

                  Plaintiff,                :

                              :  07-CV-8385 (GEL) (HP)

      - against-                  :

                              :

MORRIS GAD and NATHAN ROSENBLATT,    :

                              :

              Defendants.          :
-----------------------------------------------------------------x

## DECLARATION OF SERVICE

       I, AUDRY WEINTROB, pursuant to 28 U.S.C. § 1746, declare as follows:

       1.      I am a member of the Bar of this Court and the attorney for Plaintiff, United States Securities and Exchange Commission ("Commission"), and employed at the Commission's New York Regional Office.

       2.      On September 25, 2007, I had a telephone conversation with Jeffrey Zuckerman, Esq., who agreed to accept service of the Summons and Complaint in the above-captioned matter on behalf of his client, Morris Gad, and a telephone conversation with Thomas Fitzpatrick, Esq., who agreed to accept service of the Summons and Complaint in the above-captioned matter on

behalf of his client, Nathan Rosenblatt, pursuant to Rules 4 and 5 of the Federal Rules of Civil

Procedure.

3.      On September 27, 2007, I served a copy of the Summons and Complaint in the

above-captioned matter upon defendants Morris Gad and Nathan Rosenblatt by causing true and

correct copies thereof to be transmitted by Federal Express for overnight delivery to the offices

of their attorneys.


Upon information and belief, I declare under penalty of perjury that the foregoing is true

and correct.


Executed:      October 3, 2007
               New York, New York

AUDRY WEINTROB
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY  10281-1022
Ph:  (212) 336-0184
Fax: (212) 336-1348
Email: weintroba@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff Securities and Exchange Commission's Declaration of Service by mailing a copy of same via overnight mail prepaid on this 3rd day of October, 2007 to:

Thomas Fitzpatrick, Esq.
500 Fifth Avenue, 33rd Floor
New York, NY 10110-3398

Jeffrey Zuckerman
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036-4039

_Audry Weintrob_
AUDRY WEINTROB, ESQ.
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281-1022
(212) 336-0184