MARK K. SCHONFELD
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – Room 400
New York, New York 10281-1022
(212) 336-0175 (Szczepanik)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

   - against-

MORRIS GAD AND NATHAN ROSENBLATT,

        Defendants.
-------------------------------------------------------------------x

07-Civ-8385 (GEL) (HP)

## NOTICE OF APPEARANCES

Please take notice that the following attorneys have entered their appearances as counsel in this case for plaintiff Securities and Exchange Commission, and each are admitted to practice in this court.

        Valerie A. Szczepanik
        Securities and Exchange Commission
        3 World Financial Center
        New York, New York  10281-1022
        Ph: 212.336.0175
        Fx: 212.336.1317

Meaghan S. Cheung
Securities and Exchange Commission
3 World Financial Center
New York, New York 10281-1022
Ph: 212.336.0050
Fx: 212.336.1322

Audry Weintrob
Securities and Exchange Commission
3 World Financial Center
New York, New York 10281-1022
Ph: 212.336.0184
Fx: 212.336.1348


Executed:    October 3, 2007
             New York, New York

_____
AUDRY WEINTROB
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281-1022
Ph:  (212) 336-0184
Fax: (212) 336-1348
Email: weintroba@sec.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing Plaintiff Securities and Exchange Commission's Notice of Appearances by transmitting a copy of same via overnight mail prepaid on this 3rd day of October to:

Jeffrey Zuckerman
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036-4039

Thomas Fitzpatrick, Esq.
500 Fifth Avenue, 33rd Floor
New York, NY 10110-3398

                                                */s/ Audry Weintrob*
                                                AUDRY WEINTROB, ESQ.
                                                Attorney for Plaintiff
                                                Securities and Exchange Commission
                                                New York Regional Office
                                                3 World Financial Center
                                                New York, NY 10281-1022
                                                (212) 336-0184