PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
Jeffrey R. Zuckerman
Andrew C. Smith

Attorneys for Defendant Morris Gad

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>- against - )<br>)<br>MORRIS GAD and NATHAN ROSENBLATT, )<br>)<br>Defendants. )<br>)<br>) | 07-CV-8385 (GEL)<br><br>**NOTICE OF MOTION**<br><br>ECF CASE<br>ELECTRONICALLY FILED |

PLEASE TAKE NOTICE that, upon the annexed Declaration of Jeffrey R. Zuckerman dated October 15, 2007, and the Exhibits attached thereto, and the accompanying Memorandum of Law, defendant Morris Gad will move this Court at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint, dated September 27, 2007, on the grounds that it fails to plead the circumstances constituting the fraud alleged with particularity and that it otherwise fails to state a claim upon which relief may be granted.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b) of the Southern District of New York, opposing papers, if any shall be served within ten business days after service of the papers herein.

Dated: October 15, 2007
      New York, New York

                          **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: _/s/ Jeffrey R. Zuckerman_
                          Jeffrey R. Zuckerman
                          Andrew C. Smith
                          1540 Broadway
                          New York, NY 10036-4039
                          (212) 858-1000

*Attorneys for Defendant Morris Gad*