# THOMAS FITZPATRICK
ATTORNEY AT LAW
500 FIFTH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10110-3398

(212) 930-1290
FAX: (212) 730-9690

October 16, 2007

*By Fax and Mail*

Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10005

   Re: *Securities and Exchange Commission*
     *against Morris Gad and Nathan Rosenblatt*
     *07 CV 8385 (GEL)*

Dear Judge Lynch:

  I represent defendant Nathan Rosenblatt in the above-referenced action that is pending before your Honor. The defendants' time to answer or move to dismiss expires tomorrow, October 17, 2007. Yesterday, October 15th, defendant Nathan Gad ("Gad") filed a motion to dismiss. Defendant Nathan Rosenblatt ("Rosenblatt") joins Mr. Gad's motion and will also file his own motion to dismiss.

  The purpose of this letter is to request an extension of defendant Rosenblatt's time to file a motion to dismiss the complaint from October 17 to October 31, 2007. This is our first request for an extension of time.

  The plaintiff has consented to this adjournment, subject to the Court's approval. The parties have also agreed that plaintiff's response to the motions of both Gad and Rosenblatt is due on November 14, 2007 and that the replies of both Gad and Rosenblatt are due on November 28, 2007..

2

       Based on the above-referenced agreement of the parties as to a briefing schedule, it is respectfully requested that your Honor approve Mr. Rosenblatt's request for an extension and the agreed upon briefing schedule.

                                                            Respectfully submitted,

                                                            Thomas Fitzpatrick

TF/vp

          SO ORDERED:

          _____
          U. S. D. J.

Copies to    Andrey Weintrob, Esq. *(By Fax and Mail)*
                Senior Attorney
                Enforcement Division
                Securities and Exchange Commission
                3 World Financial Center
                Room 4300
                New York, NY 10281-1022

                Jeffrey R. Zuckerman, Esq. *(By Fax and Mail)*
                Attorney for Defendant Morris Gad