**THOMAS FITZPATRICK**
ATTORNEY AT LAW
500 FIFTH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10110-3398

(212) 930-1290
FAX: (212) 730-9690

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

November 28, 2007

**By Fax and Mail**

Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10005

MEMO ENDORSED

Re:  *Securities and Exchange Commission against Morris Gad and Nathan Rosenblatt*
     *07 CV 8385 (GEL)*

Dear Judge Lynch:

I represent defendant Nathan Rosenblatt ("Rosenblatt") in the above-referenced action.

With permission of your Chambers, we are faxing this letter. The letter respectfully requests a one-week extension of time to file a reply memorandum of law in support of the motion of co-defendant Morris Gad ("Gad"), joined by defendant Rosenblatt, to dismiss the complaint.

The plaintiff does not oppose the one week extension from today to December 5, 2007. This proposed extension will not delay proceedings because, yesterday, plaintiff and defendant Gad executed a proposed stipulation extending his time to reply to January 28, 2008, pending SEC approval of its proposed settlement with defendant Gad. ] *

Respectfully submitted,

*Thomas Fitzpatrick*
Thomas Fitzpatrick

TF/vp
Copies to    Andrey Weintrob, Esq.  *(By Fax and Mail)*
             Senior Attorney
             Enforcement Division
             Securities and Exchange Commission

             Valerie A. Szczepanik, Esq.  *(By Fax and Mail)*
             Senior Trial Counsel
             Securities and Exchange Commission

SO ORDERED

*Gerard E. Lynch*
Hon. Gerard E. Lynch
United States District Judge
11/28/07