UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

- against -

MORRIS GAD AND NATHAN ROSENBLATT,

    Defendants.

07-CV-8385 (GEL)
**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED that the time for Defendant Morris Gad to file a reply to his motion to dismiss the complaint is hereby extended to and includes January 28, 2008.

Dated: New York, New York
       November 27, 2007

By: _____
Valerie A. Szczepanik
3 World Financial Center, Room 400
New York, NY 10281-1022
(212) 336-0175
Attorney for Plaintiff Securities and Exchange Commission

By: _____
Jeffrey R. Zuckerman
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Attorney for Defendant Morris Gad

SO ORDERED:

_____
Hon. Gerard E. Lynch
United States District Judge
11/28/07