AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

### APPEARANCE

Case Number: 07-CV-8385 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Nathan Rosenblatt

I certify that I am admitted to practice in this court.

| 12/20/2007 | *Thomas Fitzpatrick* |
|---|---|
| Date | Signature |

THOMAS FITZPATRICK
Print Name                                    Bar Number

500 Fifth Avenue
Address

| New York | NY | 10110 |
|---|---|---|
| City | State | Zip Code |

(212) 930-1290                    (212) 730-9690
Phone Number                              Fax Number