UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

MORRIS GAD and NATHAN ROSENBLATT,

        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

07-CV-8385 (GEL)

STIPULATION FOR
EXTENSION OF TIME
TO ANSWER

      IT IS HEREBY STIPULATED AND AGREED that the time for Defendant Nathan Rosenblatt to answer the above complaint is hereby extended from December 27, 2007 to January 14, 2008.

THOMAS FITZPATRICK

By: _____
500 Fifth Avenue
New York, NY 10110-3398
(212) 930-1290
(TF-2840)

Attorney for Defendant Nathan Rosenblatt

SECURITIES AND EXCHANGE COMMISSION

By: _____
Valerie A. Szczepanik
3 World Financial Center, Room 400
New York, NY 10281-1022
(212) 336-0175
Attorney for Plaintiff Securities and Exchange
    Commission

SO ORDERED:

_____
Hon. Gerard E. Lynch
United States District Judge

12/21/07