UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

       -against-

NATHAN ROSENBLATT,

                Defendant.

------------------------------------------------------------x

07 Civ. 8385 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

      The Court has received a motion to intervene and for a protective order from non-parties Jora Davidov and Boris Davidov (collectively, the "Davidovs"). The Davidovs seek to intervene as plaintiffs in this action for the limited purpose of moving for a protective order pursuant to Fed. R. Civ. P. 26(c) to enjoin plaintiff from producing certain of their confidential and proprietary documents to defendant in response to defendant's First Request for the Production of Documents to Plaintiff ("Document Request"), dated March 10, 2008.

      As the parties in this action should be afforded an opportunity to respond to the Davidovs' motion, it is hereby ORDERED that:

1. Both plaintiff and defendant shall file and serve their responses, if any, to the Davidovs' motion on or before April 1, 2008.

2. The Davidovs shall file and serve reply papers, if any, by April 4, 2008.

2. Plaintiff shall not produce any of the Davidovs' documents responsive to defendant's Document Request until the Davidovs' pending motion is decided.

SO ORDERED.

Dated: New York, New York
       March 24, 2008

                                                      GERARD E. LYNCH
                                                      United States District Judge