UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

-against-

NATHAN ROSENBLATT,

           Defendant.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

07 Civ. 8385 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    On March 24, 2008, this Court received a motion to intervene and for a protective order from non-parties Jora Davidov and Boris Davidov (collectively, the "Davidovs"). The Davidovs sought to intervene as plaintiffs in this action for the limited purpose of moving for a protective order pursuant to Fed. R. Civ. P. 26(c) to enjoin plaintiff from producing certain of their confidential and proprietary documents to defendant in response to defendant's First Request for the Production of Documents to Plaintiff, dated March 10, 2008.

    On March 25, 2008, the Court entered an order directing the parties to brief the merits of the Davidovs' motion by April 4, 2008. (Doc. # 20.)

    On April 1, 2008, the Court received a letter from counsel for defendant that defendant "no longer seeks access to the Davidov documents at issue." (Ltr. from Thomas Fitzpatrick to the Court, April 1, 2008, at 1.) Accordingly, it is hereby ORDERED that the Davidovs' motion to intervene and for a protective order is denied as moot.

SO ORDERED.

Dated: New York, New York
       April 1, 2008

                                            _____
                                            GERARD E. LYNCH
                                            United States District Judge